In the Matter of the Application of JAMES F. O'BRIEN, Appellant, for a Peremptory Writ of Mandamus against EDWARD F. BOYLE et al., Constituting the BOARD OF ELECTIONS IN THE CITY OF NEW YORK, Respondents.

(Submitted February 5, 1917; decided February 9, 1917.)

Motion to amend remittitur by striking therefrom the provision for costs granted. (See 219 N. Y. 195.)